UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES O'SHEA,<br><br>  Plaintiff,<br><br>v.<br><br>UNKNOWN,<br><br>  Defendant. | Case No. 23-cv-01023-TLT  (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff was recently directed to complete an in forma pauperis affidavit or pay the filing fee in full on or before April 13, 2023. Dkt. No. 5. That date has now passed, and plaintiff has neither filed the affidavit nor paid the filing fee. Accordingly, this case is DISMISSED without prejudice.

IT IS SO ORDERED.

Dated:   May 17, 2023

_____
TRINA L. THOMPSON
United States District Judge